**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., ) <br> an individual,  ) <br>  ) <br> Plaintiff,  ) <br> v.  ) <br>  ) <br> MACY'S RETAIL HOLDINGS, INC.,  ) <br> a New York Corporation,  ) <br>  ) <br> Defendant.  ) <br> _____  ) | Case No.: 3:14-cv-00393-N |

**NOTICE OF ATTORNEY APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff JAMES JOSEPH JULUKE, JR.

 Respectfully Submitted,

 KU & MUSSMAN, P.A.

 By:   /s/ *Seth P. Crosland*
  Seth P. Crosland
  TX Bar No. 24069551
  121 West Hickory St., Suite 103
  Denton, Texas 76201
  Tel: (214) 810-5401
  Fax: (214) 988-5794
  Email: seth@wellscrosland.com
  *Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and electronic notice was issued to:

Robert A. Bragalone
Margaret R. Mead
2100 Ross Avenue, Suite 2800
Dallas, Texas 75201

By:   /s/ *Seth P. Crosland*
        Seth P. Crosland