UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JAMES JOSEPH JULUKE, JR., an individual,

    Plaintiff,

v.

SIMON PROPERTY GROUP (TEXAS), L.P., a Texas limited partnership; DILLARD'S DILLARD'S PROPERTIES, INC., a Delaware corporation, and MACY'S TEXAS, INC., a Delaware corporation, and MACY'S RETAIL HOLDINGS, INC., a New York corporation,

    Defendants.

Case No. 3:14-cv-00393-N

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JAMES JOSEPH JULUKE, JR., and Defendants, SIMON PROPERTY GROUP (TEXAS), L.P. and MACY'S RETAIL HOLDINGS, INC., hereby jointly stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of all claims filed by Plaintiff, with prejudice. Each party shall bear their own attorneys' fees and costs.

Respectfully submitted this October 30, 2014.

| | |
|---|---|
| /s/ Seth P. Crosland, Esq. | /s/ Farrell A. Hochmuth, Esq. |
| Seth P. Crosland, Esq. | Farrell A. Hochmuth, Esq. |
| Texas Bar No. 24069551 | Texas Bar No. 24041107 |
| seth@welscrosland.com | Federal Bar No. 37072 |
| CROSLAND LAW FIRM | fhochmuth@bakerlaw.com |
| 12225 Greenville Ave., Suite 700 | BAKER & HOSTETLER LLP |
| Dallas, TX 75246 | 811 Main St., Suite 1100 |
| Telephone: 214-810-5401 | Houston, TX 77002 |
| Facsimile: 214-988-5794 | Telephone: 713-751-1600 |
| | Facsimile: 713-751-1717 |
| *Attorneys for Plaintiff,* | |
| JAMES JOSEPH JULUKE, JR. | *Attorney for Defendant,* |
| | SIMON PROPERTY GROUP (TEXAS), L.P. |

*/s/ Margaret R. Mead, Esq.*
Margaret R. Mead, Esq.
Texas Bar No. 00792482
mmead@gordonrees.com
GORDON & REES LLP
2100 Ross Ave., Suite 2800
Dallas, TX 75201
Telephone: 214-231-4660
Facsimile: 214-460-4053

*Attorney for Defendant,*
MACY'S RETAIL HOLDINGS, INC.